UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SYLVIA TINNON,<br>Plaintiff,<br><br>v.<br><br>REGENCY HEIGHTS NURSING HOME,<br>Defendant. | Case No. 25-13461<br>Honorable Shalina D. Kumar<br>Magistrate Judge Curtis Ivy, Jr. |

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* (ECF NO. 4) AND ORDERING PLAINTIFF TO FILE AMENDED COMPLAINT**

Plaintiff Sylvia Tinnon ("Tinnon") brings this employment action against defendant Regency Heights Nursing Home alleging she was terminated from her position because of her disability, in violation of the Americans with Disabilities Act on 1990, 42 U.S.C. § 12101. ECF No. 1. Tinnon also filed an application to proceed *in forma pauperis.* ECF No. 4. The Court finds Tinnon's application to be facially sufficient and **GRANTS** her motion to proceed without the prepayment of fees.

A review of the complaint shows that Tinnon references receiving her "Notice of Right to Sue" but it is not attached to the complaint nor filed elsewhere on the docket. *See* ECF No. 1, PageID.1.

Accordingly, the Court **ORDERS** Tinnon to file an amended complaint that includes her right to sue notice **no later than May 8, 2026. Failure to timely comply with this order may result in the dismissal of this case without prejudice.**

**IT IS SO ORDERED.**

s/ Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge

Dated: April 29, 2026