UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Sylvia Tinnon,

Plaintiff(s),

v.

Regency Heights Nursing Home,

Defendant(s).
_______________________________/

Case No. 25-13461

Hon. Shalina D. Kumar

**ORDER DIRECTING PLAINTIFF TO COMPLETE SERVICE DOCUMENTS AND FOR SERVICE OF PROCESS BY THE U.S. MARSHAL**

The Court having considered and granted Plaintiff's *in forma pauperis* application and being otherwise fully informed;

**IT IS HEREBY ORDERED** that Plaintiff complete and present to the Clerk's Office the following documents to effect service in this case within fourteen (14) days of the date of this Notice:

- One (1) copy of the complaint for each defendant;
- Two (2) USM 285 forms for each defendant;
- Three (3) summonses for each defendant.

**IT IS FURTHER ORDERED** that the Clerk is directed to process this case for service upon receipt of the properly completed documents listed above; and the U.S. Marshal is directed to serve a copy of the complaint, summons and this order upon each defendant named in the complaint without prepayment of the usual costs for such service. The time for service is extended 90 days from the date of this Order.

**IT IS FURTHER ORDERED** that Plaintiff file with the Court a signed U.S. Postal Service Certified Mail receipt – green card (PS Form 3811) after service is completed, to show proof of service of process.

Date: July 17, 2026

s/Shalina D. Kumar
Shalina D. Kumar
U.S. District Judge