Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES MARSHALS SERVICE
2026 JUL 30 AM 7:42
EASTERN MICHIGAN

Sylvia Tinnon

Plaintiff(s),

v.

Regency Heights Nursing Home

Defendant(s).
_______________________________/

Case No. 25-13461

Judge Shalina D. Kumar

Magistrate Judge Curtis Ivy, Jr.

**ACKNOWLEDGMENT OF RECEIPT OF DOCUMENTS**

The following documents were delivered to the United States Marshals for service of process:

1) Order Directing Service/Reservice dated 7/17/2026;
2) USM 285 and Summons form(s);
3) 1 copy(ies) of Complaint.

Date: July 27, 2026

s/M. Sylvester
Deputy Clerk

**ACKNOWLEDGMENT**

UNITED STATES MARSHAL SERVICE

Date: AUG 13 2026

[signature]
Signature or Stamp

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: Sylvia Tinnon | COURT CASE NUMBER: 25-13461 |
| DEFENDANT: Regency Heights Det. Mi 48219 | TYPE OF PROCESS: Summons + Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Tammy Hunt
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 19100 W 7mile Rd Det Mi 48219

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 |
| Sylvia Tinnon<br>18474 Lindsay<br>Det Mi 48235 | Number of parties to be served in this case: 1 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Sylvia Tinnon | ☑ PLAINTIFF ☐ DEFENDANT | 313 332-7032 | 07/24/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 039 | No. 039 | [signature] | AUG 13 2026 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time ☐ am ☐ pm |
|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
Tracking # 9589-0710-5270-0320-7756-09